3
PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559.226.4030
Facsimile: 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtors LoMONACO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| IN RE<br><br>MICHAEL PETER LOMONACO AND<br>CYNTHIA DIANE LOMONACO,<br><br><br>Debtors. | Chapter 13<br>Case No. 23-10755AA-13F<br>DC No. PBB-2<br><br>HEARING<br>Date: August 17, 2023<br>Time: 9:30 a.m.<br>Dept: A<br>Ctrm: 11 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br><br>**HONORABLE JENNIFER E. NIEMANN** |

**NOTICE OF HEARING ON MOTION FOR CONFIRMATION OF
FIRST MODIFIED CHAPTER 13 PLAN**

**PLEASE TAKE NOTICE** that Michael Peter LoMonaco and Cynthia Diane LoMonaco, Debtors in the above captioned Chapter 13 case, by and through their attorney, Peter B. Bunting, have filed a motion to confirm their First Modified Chapter 13 Plan. Debtors have filed this motion to remove J Enterprises from Class 4.

1

A hearing on debtors' motion will be held on August 17, 2023 at 9:30 a.m., in Department A, Courtroom 11 (5th Floor) of the United States Federal Building, 2500 Tulare Street, Fresno, California 93721-1318.

NOTICE IS ALSO GIVEN pursuant to Fed. R. Bankr. P. 2002(b) and LBR 9014(f)(1) of the United States Bankruptcy Court, Eastern District of California, this motion is being heard on thirty-five (35) day's notice. Opposition, if any, to the granting of the Motion shall be in writing and shall be served on counsel for the moving party and the Chapter 13 Trustee at the following addresses:

Peter B. Bunting
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711

Michael H. Meyer
Chapter 13 Trustee
PO Box 28950
Fresno CA 93729-8950

and filed with the clerk of the court not less than fourteen (14) calendar days preceding the hearing date set forth above. Unless written opposition and supporting evidence are filed with the clerk and served on the moving party, the court may resolve the matter without oral argument.

All hearings are simultaneously: (1) IN PERSON (Fresno hearings only), (2) via ZOOMGOV VIDEO, (3) via ZOOMGOV TELEPHONE, and (4) via COURTCALL. To appear via zoom gov video or zoom gov telephone for law and motion or status conference proceedings, you must comply with the following new guidelines and procedures:

1. Review the Pre-Hearing Dispositions prior to appearing at the hearing.

2. Review the court's Zoom Policies and Procedures for these and additional instructions.

3. Parties appearing through CourtCall are encouraged to review the CourtCall Appearance Information. Parties appearing in Zoom must call Judge Niemann's Courtroom Deputy at (559) 499-5868 and give 24 hours' advance notice.

Any interested parties can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing disposition prior to the hearing.

Dated: JUL 0 5 2023

*Peter B Bunting*
PETER B. BUNTING
Debtor(s) Attorney