PETER B. BUNTING #124104
Attorney at Law
2304 W. Shaw Ave Ste 103
Fresno CA 93711
559-226-4030
info@peterbbuntinglaw.com


Attorney for:　LoMONACO

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br>MICHAEL PETER LOMONACO AND<br>CYNTHIA DIANE LOMONACO,<br><br><br><br>　　　　　　　　　　　Debtor(s) | **Bankruptcy Case No.:**　23-10755A-13F<br>**Docket Control Number:**　PBB-2<br><br>**Hearing Information** *(if applicable)*:<br><br>　　Hearing Date:　August 17, 2023<br>　　Hearing Time:　9:30 a.m.<br>　　Location:　2500 Tulare St Rm 11 Fresno 93721<br>　　Judge:　Honorable Jennifer E. Niemann |
|---|---|
| <br><br><br>v.　　　　　　　　　　Plaintiff(s)<br><br><br><br>　　　　　　　　　Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>　　Hearing Date:<br>　　Hearing Time:<br>　　Location:<br>　　Judge: |

## CERTIFICATE OF SERVICE OF

## MOTION FOR CONIFRMATION OF FIRST MODIFIED CHAPTER 13 PLAN

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status**. I am ☐ an attorney of record in this case/adversary proceeding, or ☐ trustee, or ☑ my business/employer is Peter B. Bunting _____ and my ☑ business address or ☐ mailing address if not a business is:

   2304 W. Shaw Ave #103 Fresno CA 93711 _____.

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as applicable.*)

   | ☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*) | ☑ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*) |
   |---|---|
   | ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. (*Check all that are applicable.*) | ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7. |
   | ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5). | ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3). |
   | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |
   | ☐ **Chapter 9 case** (*indicate below if subject to limited noticing*) | ☐ **Chapter 11 case** (*indicate below if subject to limited noticing*) |
   | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. | ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4. |
   | | ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____. |
   | ☐ **Chapter 15 case** | ☐ **Adversary Proceeding** |

4. **About the Documents Served**
   On July 7 _____, 20 23 ___, by the method(s) specified below, the following documents were served (*list in space provided*):

   1. Notice of Hearing on Motion for Confirmation of First Modified Chapter 13 Plan, 2. Motion for Confirmation of First Modified Chapter 13 Plan, 3. Declaration of Cynthia Diane LaMonaco in Support of Motion for Confirmation of First Modified Chapter 13 Plan, 4. Declaration of Peter B. Bunting in Support of Motion for Confirmation of First Modified Chapter 13 Plan, 5. Exhibits in Support of Motion for Confirmation of First Modified Chapter 13 Plan, 6. First Modified Chapter 13 Plan

   **or** ☐ those documents described in the list appended hereto and numbered ***Attachment 4.***

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

   | | |
   |---|---|
   | ☑ Debtor(s) | ☑ All creditors and parties in interest (Notice of Hearing only) |
   | ☐ Debtor's attorney(s) | ☐ Only creditors that have filed claims (Notice of Hearing only) |
   | ☑ Trustee | ☐ All creditors and parties in interest |
   | ☑ U.S. Trustee | ☐ Fewer than all creditors (*check at least one below*) |
   | ☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter. | ☐ Creditors that have filed claims |
   | | ☐ Creditors holding allowed secured claims |
   | ☐ Plaintiff(s) | ☐ Creditors holding allowed priority unsecured claims |
   | ☐ Defendant(s) | ☐ Creditors holding leases or executory contracts that have been assumed |
   | ☐ All committee members | |
   | ☐ Attorney for committee members | ☐ 20 largest creditors |
   | ☐ Equity security holders | ☐ Administrative claimants |
   | ☐ Persons who have filed a Request for Notice | ☐ Other party(ies) in interest |

**6. How Service is Accomplished**

A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

    1. ☐ **First Class Mail**

    Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A1*.

    2. ☐ **Certified Mail**

    Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered *Attachment 6A2*.

    3. ☐ **Publication**

    Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered *Attachment 6A3*.

B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check at least one, if applicable.)*

    1. ☐ **Electronic Service on Registered Users of the Court's Electronic Filing System.**

    Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B1*.

    2. ☑ **U.S. Mail**

    Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

        a. **Parties in interest**

        ☑ **Clerk's Matrix of Creditors.** A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered *Attachment 6B2*. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

        ☐ **List Other Than the Clerk's Matrix of Creditors.** Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered *Attachment 6B2*.

        b. ☐ **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered *Attachment 6B3*.

        c ☐ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered *Attachment 6B4*.

    3. ☐ **Other Methods of Service**

    Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered *Attachment 6B5*.

Filed 07/07/23   Case 23-10755   Doc 52

**7.  Who Accomplished Service**

    A.  **Attorney/Trustee** *(Check as many as apply)*

        **Rule 7004 Service**
- ☐ § 6A(1): First Class Mail
- ☐ § 6A(2): Certified Mail
- ☐ § 6A(3): Publication

        **Rule 5 Service**
- ☐ § 6B(1): Elec. Service on Registered e-Filers
- ☑ § 6B(2)(a): U.S. Mail
- ☐ § 6B(2)(b): Request for Special Notice
- ☐ § 6B(2)(c): Other Parties in Interest § 5
- ☐ § 6B(3): Other Methods of Service

    B.  **Third Party Service Provider** *(Check as many as apply)*

        **Rule 7004 Service**
- ☐ § 6A(1): First Class Mail
- ☐ § 6A(2): Certified Mail
- ☐ § 6A(3): Publication

        **Rule 5 Service**
- ☐ § 6B(1): Elec. Service on Registered e-Filers
- ☐ § 6B(2)(a): U.S. Mail
- ☐ § 6B(2)(b): Request for Special Notice
- ☐ § 6B(2)(c): Other Parties in Interest § 5
- ☐ § 6B(3): Other Methods of Service

**Attorney/Trustee** *(includes regularly employed staff members):*

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on July 7, 20 23, at Fresno, CA.
                                  City                       State

Martha L. Garcia
Print Name                                    Signature *(signed)*

**Third Party Service Provider** (if applicable):

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20\_\_\_\_, at _____.
                                  City                       State

_____      _____
Name                                                Signature

_____
Company Name

_____
Address

_____
City          State     Zip Code

4

```
Label Matrix for local noticing        Peter B. Bunting                     Capital Management Services LP
0972-1                                 2304 W Shaw Ave Ste 103              698 1 2 S Ogden St
Case 23-10755                          Fresno, CA 93711-3423                Buffalo NY 14206
Eastern District of California
Fresno
Fri Jul  7 12:21:00 PDT 2023

Capital One                            Capital One Bank USA NA              Capital One Bank USA NA
Attn Bankruptcy Dept                   Attn Bankruptcy                      c o Hunt Henriques Attorneys at Law
PO Box 30285                           P O Box 30285                        707 Realm Dr
Salt Lake City UT 84130-0285           Salt Lake City UT 84130-0285         San Jose CA 95119


(p)CARMAX AUTO FINANCE                 Chase Bank                           Citi
225 CHASTAIN MEADOWS CT                PO Box 182125                        Citibank Centralized Bankruptcy
KENNESAW GA 30144-5942                 Columbus OH 43218-2125               PO Box 790034
                                                                            Saint Louis MO 63179-0034


Citibank                               Comcast                              Community Medical Providers
Citibank Corp Centralized Bankruptcy   PO Box 34227                         PO Box 28949
PO Box 790034                          Seattle WA 98124-1227                Fresno CA 93729-8949
Saint Louis MO 63179-0034


(p)CREDITORS BUREAU USA                Enhanced Recovery Company            FDS Bank
ATTN ATTN BANKRUPTCY DEPT              Attn Bankruptcy                      c/o Quantum3 Group LLC
757 L STREET                           8014 Bayberry Road                   PO Box 657
FR ESNO CA 93721-2998                  Jacksonville FL 32256-7412           Kirkland, WA  98083-0657


Franchise Tax Board                    Golden 1 Credit Union                Grant Mercantile Agency
Bankruptcy Section MS A340             Attn Bankruptcy                      Attn Bankruptcy
PO Box 2952                            Po Box 15966                         Po Box 658
Sacramento CA 95812-2952               Sacramento CA 95852-0966             Oakhurst CA 93644-0658


Internal Revenue Service               J Enterprises Inc                    Jeremy M Dobbins
PO Box 7346                            1840 Shaw Ave Ste 105-139            Law Office of Jeremy M Dobbins
Philadelphia PA 19101-7346             Clovis CA 93611-4078                 1225 E Divisadero St
                                                                            Fresno CA 93721-1110


John Langford Trustee of the           Kaiser                               Kaiser Permanente
John Langford Family Trust             California Claims Administration     Patient Billing Resolution Dept
Attn John Langford Trustee             PO Box 12923                         393 E Walnut St
2599 W Lake Van Ness Circle            Oakland CA 94604-2923                Pasadena CA 91188-0001
Fresno CA 93711-7023


Kohls Capital One                      L H Harris Certified Public Accountant   LVNV Funding LLC
Attn Credit Administrator              6400 Redwood Dr Ste 200              Attn Bankruptcy
Po Box 3043                            Rohnert Park CA 94928-2333           PO Box 10497
Milwaukee WI 53201-3043                                                     Greenville SC 29603-0497


LVNV Funding LLC                       LVNV Funding LLC                     LVNV Funding, LLC
c o Mandarich Law Group                c o Resurgent Capital Services       Resurgent Capital Services
PO Box 109032                          PO Box 10587                         PO Box 10587
Chicago IL 60610-9032                  Greenville SC 29603-0587             Greenville, SC 29603-0587
```

Cynthia Diane LoMonaco
2505 N Adoline Ave
Fresno, CA 93705-4605

Michael Peter LoMonaco
2505 N Adoline Ave
Fresno, CA 93705-4605

Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950

Navient
Attn Bankruptcy
Po Box 9640
Wilkes-Barre PA 18773-9640

Navient Solutions, LLC. on behalf of
ECMC
PO BOX 16408
St Paul, MN 55116-0408

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721-1326

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Radius Global Solutions LLC
PO Box 390905
Minneapolis MN 55439-0905

Resurgent Capital Services
Attn Bankruptcy
Po Box 10497
Greenville SC 29603-0497

Synchrony Bank
Attn Bankruptcy
PO Box 965060
Orlando FL 32896-5060

Synchrony Bank
c o Law Offices of Patenaude Felix AP
9619 Chesapeake Dr Ste 300
San Diego CA 92123-1392

Synchrony Bank-Pay Pal
Attn Bankruptcy
PO Box 965060
Orlando FL 32896-5060

The Best Service Co Inc
6700 S Centinela Ave 3rd Fl
Culver City CA 90230-6304

(p)USCB  INC
ATTN ADMIN
355 S GRAND AVENUE
32ND FLOOR
LOS ANGELES CA 90071-1560

United States Attorney
For Internal Revenue Service
2500 Tulare Street 4401
Fresno CA 93721-1331

(p)U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION WESTERN REGION
P O BOX 683
WASHINGTON DC 20044-0683

Wells Fargo Bank NA
Wells Fargo Card Services
PO Box 10438 MAC F8235-02F
Des Moines IA 50306-0438

---

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CarMax Auto Finance
Attn Bankruptcy
Po Box 440609
Kennesaw GA 30160

(d)CarMax Auto Finance dba CarMax Business Sr
225 Chastain Meadows Court,
Ste 210
Kennesaw, GA 30144

Creditors Bureau USA
Attn Bankruptcy
757 L Street
Fresno CA 93721

Portfolio Recovery Associates LLC
Attn Bankruptcy
120 Corporate Boulevard
Norfolk VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

USCB America
Attn Bankruptcy
PO Box 74929
Los Angeles CA 90004

United States Department of Justice
Civil Trial Section Western Region
Box 683 Franklin Station
Washington DC 20044

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)LVNV Funding LLC              End of Label Matrix
c o Mandarich Law Group LLP      Mailable recipients    46
PO Box 109032                    Bypassed recipients     1
Chicago IL 60610-9032            Total                  47
```